## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,                 Case No. 25-11006

v.

JOHN DOE subscriber assigned IP
Address 68.43.64.207,

      Defendant.

_____/

## ORDER GRANTING MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (ECF No. 3)

This Cause came before the Court upon Plaintiff Strike 3 Holdings, LLC's ("Strike 3") motion for leave to serve a third party subpoena prior to a Rule 26(f) Conference (ECF No. 3)**,** and the Court being duly advised in the premises does hereby **FIND, ORDER AND ADJUDGE:**

1.    Strike 3 established that "good cause" exists for it to serve a third party subpoena on Comcast Cable (hereinafter the "ISP"). *See UMG Recording, Inc. v. Doe*, 2008 WL 4104214, \*4 (N.D. Cal. 2008); and *Arista Records LLC v. Does 1-19*, 551 F. Supp. 2d 1, 6–7 (D.D.C. 2008).

2.     Strike 3 may serve the ISP with a Rule 45 subpoena commanding the ISP to provide Strike 3 with the true name and address of the Defendant John Doe ("Doe") to whom the ISP assigned an IP address as set forth in the complaint.  Strike 3 shall attach to any such subpoena a copy of this Order.

3.     Strike 3 may also serve a Rule 45 subpoena in the same manner as above on any service provider that is identified in response to a subpoena as a provider of Internet services to Doe.

4.     If the ISP qualifies as a "cable operator," as defined by 47 U.S.C. § 522(5), which states:

> the term "cable operator" means any person or group of persons
>
> (A) who provides cable service over a cable system and directly or through one or more affiliates owns a significant interest in such cable system, or
>
> (B) who otherwise controls or is responsible for, through any arrangement, the management and operation of such a cable system.

it shall comply with 47 U.S.C. § 551(c)(2)(B), which states:

> A cable operator may disclose such [personal identifying] information if the disclosure is . . . made pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed.

by sending a copy of this Order to Doe.

5.    Strike 3 may only use the information disclosed in response
to a Rule 45 subpoena served on the ISP for the purpose of protecting and
enforcing Strike 3's rights as set forth in its complaint.

**SO ORDERED.**

<u>**s/Jonathan J.C. Grey**</u>
Jonathan J.C. Grey
Date:  April 16, 2025          United States District Judge

## <u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 16, 2025.

<u>s/</u> **S. Osorio**
Sandra Osorio
Case Manager

4